[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-15004
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00030-LC-CJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS STACEY MCDONALD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 10, 2019)

Before ED CARNES, Chief Judge, JILL PRYOR and ANDERSON, Circuit
Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Thomas McDonald in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of McDonald's supervised release and his sentence are **AFFIRMED**.